James E. Cecchi
CARELLA, BYRNE, CECCHI,
OLSTEIN, BRODY & AGNELLO, P.C.
5 Becker Farm Road
Roseland, New Jersey 07068
(973) 994-1700
jcecchi@carellabyrne.com
*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| AMBER MOUNTAIN TRADING LP, Individual and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>DANIEL E. STRAUS, RICHARD SHINTO, STEPHEN BAKER, JONATHAN KOLATCH, and RAPHAEL BENAROYA,<br><br>Defendants. | Case No. 2:20-cv-02369 (MCA)(LDW) |

### NOTICE OF VOLUNTARY DISMISSAL

Plaintiff Amber Mountain Trading LP voluntarily dismisses this action with prejudice pursuant to Rule 41(a) of the Federal Rules of Civil Procedure. Each party is to bear its costs and attorneys' fees.

CARELLA, BYRNE, CECCHI,
OLSTEIN, BRODY & AGNELLO, P.C.

/s/ James E. Cecchi
Dated: December 16, 2020          James E. Cecchi

SO ORDERED

*s/Madeline Cox Arleo*
MADELINE COX ARLEO, U.S.D.J.

Date: 12/17/20